ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR 22 2016 12:00
CLERK, U.S. DISTRICT COURT
By _____ Deputy

ERIKA NELSON )
    *Plaintiff.* )
                               ) CIVIL ACTION NO. 4:16-CV-00135-A
v. )
                               )
FINANCIAL BUSINESS AND )
CONSUMER SOLUTIONS, INC. )
D/B/A FBCS, INC. )
    *Defendant.* )

## MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF THE JUSTICE COURT:

Comes now, the Plaintiff Erika Nelson who having reached an agreement with the Defendant in the above styled cause of action hereby files this Motion for Dismissal with prejudice with each party bearing their own costs in this action.

Dated: April 19, 2016

Respectfully Submitted,

*/s/ Erika Nelson*

Erika Nelson
8363 Brent Drive, #200
Fort Worth, TX 76120
(817) 717-0431
Erikanelson54@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2016, a copy of the above and foregoing has been forwarded to all counsel of record by United States Postal Service First Class Mail.

*Richard.sacco@fbcs-inc.com*
Richard Sacco
330 S. Warminster Road, #353
Hatboro, PA 19040

                        Respectfully Submitted,

                        */s/ Erika Nelson*
                        Erika Nelson
                        8363 Brent Drive, #200
                        Fort Worth, TX 76120
                        (817) 717-0431
                        Erikanelson54@aol.com

E. Nelson
P.O. Box 122465
Arlington, TX 76012

 

U.S. POSTAGE
PAID
FORT WORTH, TX
76161
APR 20, 16
AMOUNT
$0.68
R2304H108863-04

1000    76102

US District Court
Northern District of Texas
Fort Worth Divisional Office
501 W. 10th Street, Room 310
Fort Worth, Texas 76102



7610239759 C024