U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 2 2 2016

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIKA NELSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-135-A |
| | § | |
| FINANCIAL BUSINESS AND | § | |
| CONSUMER SOLUTIONS, INC., | § | |
| D/B/A FBCS, INC., | § | |
| | § | |
| Defendant. | § | |

ORDER

Came on for consideration the motion of plaintiff, Erika Nelson, for dismissal. The court finds that the motion should be granted.

The court ORDERS that plaintiff's motion for dismissal be, and is hereby, granted, and that plaintiff's claims against defendant, Financial Business and Consumer Solutions, Inc., d/b/a FBCS, Inc., be, and are hereby, dismissed with prejudice.

SIGNED April 22, 2016.

JOHN McBRIDE
United States District Judge