IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ERIKA NELSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:16-CV-135-A |
| | § | |
| FINANCIAL BUSINESS AND | § | |
| CONSUMER SOLUTIONS, INC., | § | |
| D/B/A FBCS, INC., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the court's order of even date herewith,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Erika Nelson, against defendant, Financial Business and Consumer Solutions, Inc., d/b/a FBCS, Inc., be, and are hereby, dismissed with prejudice, each party to bear the court costs and attorney's fees incurred by that party.

SIGNED April 22, 2016.

_____
JOHN MCBRYDE
United States District Judge